**Order entered March 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01152-CR**
**No. 05-19-01153-CR**
**No. 05-19-01154-CR**
**No. 05-19-01156-CR**
**No. 05-19-01157-CR**

**JOHNNY MONARREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-42334-V, F18-11034-V, F18-42333-V,**
**F19-00036-V & F18-42332-V**

## ORDER

The reporter's record is complete. Appellant's brief is **DUE** April 2, 2020.

/s/    ROBERT D. BURNS, III
      CHIEF JUSTICE